**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
OLGA VISICH and ANDREI VISICH,

*Plaintiffs*,

-against-

Case No. 2:25-cv-06945

B&C PARTNERS LLC, LESLIE BLUHM,
DAVID HELFAND, and NEIL BLUHM,

*Defendants*.
-------------------------------------------------------------X

**STIPULATION OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE AS TO DEFENDANT NEIL BLUHM ONLY**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties who have appeared in this action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims asserted in the above-captioned action against Defendant Neil Bluhm are hereby dismissed **with prejudice**.

**IT IS FURTHER STIPULATED AND AGREED** that this dismissal is limited to Defendant Neil Bluhm only, and not as to Defendants B&C Partners LLC, Leslie Bluhm, and David Helfand, whose respective obligations and rights are unaffected by this Stipulation.

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own attorneys' fees, costs, and disbursements as to the claims dismissed hereby.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts, and that facsimile, electronic, or PDF signatures shall be deemed originals for all purposes.

Dated: July 1, 2026

LAW OFFICES OF SCOTT A. LUCAS

By: */S/ Scott A. Lucas*
Scott A. Lucas
600 Mamaroneck Avenue, Suite 400
Harrison, New York 10528
(646) 342-1139
scott@lucasemploymentlaw.com
*Attorneys for Plaintiffs Olga Visich and Andrei Visich*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Elior Shiloh*
Elior Shiloh
Abaigeal Franson
140 Broadway, Suite 3100
New York, New York 10005
Tel: (646) 783-0985
Fax: (212) 232-1399
Elior.Shiloh@lewisbrisbois.com
Abaigeal.Franson@lewisbrisbois.com
*Attorneys for Defendants B&C Partners LLC, Leslie Bluhm, David Helfand, and Neil Bluhm*

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated:** 7/2/2026

/s/ Eric N. Vitaliano
**Eric N. Vitaliano**
**United States District Judge**