Abaigeal Franson
140 Broadway, Suite 3100
New York, New York 10005
Abaigeal.Franson@lewisbrisbois.com
Direct: 646.666.7702

July 10, 2026

**VIA ECF**
Hon. Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Visich et al v. B&C Partners LLC et al*
Case No.: 2:25-cv-06945-ENV-LGD

Dear Judge Vitaliano:

We represent Defendants in the above-referenced matter. With the consent of Plaintiffs' counsel, we write to respectfully request a 60-day extension of all deadlines in this matter, as the parties have reached a settlement in principle and this extension will allow the parties to finalize all settlement conditions and file a stipulation of dismissal.

Thank you for your attention to this matter.

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 7/13/2026

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

Respectfully,

/s/ Abaigeal D. Franson

Abaigeal Franson for
LEWIS BRISBOIS BISGAARD &
SMITH LLP